WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Rikki Alison Drennan,<br><br>                Defendant. | No. CR-16-00114-002-PHX-SPL<br><br>**ORDER** |

On March 11, 2016, Defendant appeared before the Court on a Petition for Action on Conditions of Pretrial Release and submitted the issue to the Court. The Court has considered the information provided to the Court in determining whether Defendant should be released on conditions set by the Court.

The Court finds probable cause to believe that the Defendant has violated her conditions of release by committing the new offenses of carrying a concealed weapon and possession of dangerous drugs to which Defendant entered a plea of no contest.

The Court further finds that the Defendant has failed to rebut the presumption that no condition or combination of conditions will assure that the Defendant will not pose a danger to the safety of any other person or the community.

IT IS THEREFORE ORDERED that the Defendant be detained pending further proceedings.

Dated this 11th day of March, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge